1  MELINDA L. HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSEPH FAZIOLI (CABN 275564)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5595
7     Facsimile: (408) 535-5066
      joseph.fazioli@usdoj.gov
8
   Attorneys for the United States
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13

14  _____  )  No. CR 12-00410 RMW
    UNITED STATES OF AMERICA,             )
15                                        )  STIPULATION AND [PROPOSED]
           Plaintiff,                     )  ORDER SETTING STATUS
16                                        )  CONFERENCE AND EXCLUDING TIME
        v.                                )  UNDER THE SPEEDY TRIAL ACT
17                                        )
    MELVIN RUSSELL "RUSTY" SHIELDS,       )
18  MICHAEL SIMS, and                     )
    SAM STAFFORD,                         )
19                                        )
           Defendants.                    )
20  _____  )

21      The defendants in this case made an initial appearance in this matter in federal magistrate

22  courts in San Jose and North Carolina on May 24, 2012.  On May 31, 2012 this case was

23  originally set for initial appearance before United States District Judge Lucy H. Koh on July 11,

24  2012, with time excluded under the Speedy Trial Act.  On June 19, 2012, this Court signed a

25  Notice of Related Case ordering the criminal case to be reassigned from Judge Koh to this Court.

26  This Court earlier today on June 19, 2012 issued a clerk's notice setting this matter for initial

27  appearance on August 6, 2012.  Defense counsel would like an additional opportunity to review

28  discovery before making an initial appearance in district court and setting future dates in this

STIPULATION AND [PROPOSED] ORDER
CR 12-00410 RMW

case.  In light of the above, the parties now jointly request that this matter be set for initial appearance before this Court on September 10, 2012.

The parties agree, and the Court finds and holds, as follows:

1. The August 6, 2012 initial appearence date is vacated.

2. This matter is set before this Court for initial appearance on September 10, 2012 at 9:00 a.m.  The defendants shall be present for this initial appearance.

3. The time between May 31, 2012 and September 10, 2012 is excluded under the Speedy Trial Act.  The parties agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

DATED:    7/19/12              _____/s/_____
                                THOMAS NOLAN
                                Counsel for Defendant Shields

DATED:    7/20/12              _____/s/_____
                                MANUEL ARAUJO
                                Counsel for Defendant Sims

DATED:    7/19/12              _____/s/_____
                                GRAHAM ARCHER
                                Counsel for Defendant Stafford

DATED:    7/19/12              _____/s/_____
                                JOSEPH FAZIOLI
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____         _/s/ Ronald M. Whyte_____
                                RONALD M. WHYTE
                                UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
CR 12-00410 RMW