***E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Summer Fisher

**DATE:** March 25, 2013            **TIME:** 9:00 am   *(Time: 5 mins.)*

**CRIMINAL NO.:** CR-12-00410-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- MELVIN R. SHIELDS  (N/A)
          APPEARANCES:                    MICHAEL SIMS (P)
                                          SAM STAFFORD (P)

**PLTF:** AUSA: J. Fazioli            **DEFT:** T. Nolan, V. Young, G. Archer
         Probation Officer: None

**COURT ACTION:** STATUS CONFERENCE

**Hearing Held. The parties agreed on a briefing schedule for defendant's motion for a bill of particulars. Government to file opposition by 4/8/13; defense to file reply by 4/15/13; Motion Hearing is set for 4/22/13 @ 9:00 AM.**

                                          */s/ Jackie Garcia*
                                          **JACKIE GARCIA**
                                          **Courtroom Deputy**