FRANK R. UBHAUS, CA STATE BAR NO. 46085
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com

ATTORNEYS FOR DEFENDANT MICHAEL SIMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| The United States of America, | CASE NO. CR12-00410 RMW |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER REGARDING CONTINUANCE OF SENTENCING |
| Melvin Russell "Rusty" Shields, Michael Sims and Sam Stafford, | |
| Defendants. | |

Based on the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED, that the date currently set for the sentencing of Defendants Michael Sims and Melvin Russell Shields is vacated and that sentencing in this matter be, and the same is hereby, continued to May 27, 2014 at 9 A.M.

**IT IS SO STIPULATED:**

DATED:  MARCH 20, 2014                BERLINER COHEN

                                      BY:  */S/FRANK R. UBHAUS*
                                           FRANK R. UBHAUS
                                           ATTORNEYS FOR DEFENDANT MICHAEL SIMS

-1-
STIPULATION AND [] ORDER

DATED: MARCH 20, 2014                              NOLAN, ARMSTRONG & BARTON LLP

                                                                                 BY: */s/Thomas J. Nolan*
                                                                                        THOMAS J. NOLAN
                                                                                        ATTORNEYS FOR DEFENDANT MELVIN SHIELDS

DATED: MARCH 20, 2014

                                                                                BY: */s/Joseph Faziolo*
                                                                                       JOSEPH FAZIOLI
                                                                                       ASSISTANT UNITED STATES ATTORNEY
                                                                                       FOR THE NORTHERN DISTRICT OF
                                                                                       CALIFORNIA

**IT IS SO ORDERED**.

Öæc^ĸÁЂЂӀ

_____
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE