MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOSEPH FAZIOLI (ILSBN 6273413)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5595
   FAX: (408) 535-5066
   joseph.fazioli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00410 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] ORDER CONTINUING LOSS AMOUNT HEARING AND DEFENDANTS' SENTENCING |
| v. ) | |
| ) | |
| MELVIN RUSSELL "RUSTY" SHIELDS, ) MICHAEL SIMS ) | |
| ) | |
| Defendant. ) | |

On June 19, 2014, ths Court issued a Clerk's Notice continuing the hearing to determine the loss amount as to defendant Shields and Sims to August 5, 2014 at 10:00 a.m. (PACER CR 305). This Court on that date also continued defendant Shields and Sims' sentencing to September 22, 2014. (PACER CR 306). Various scheduling conflicts on the part of the alleged victims, government counsel, and defense counsel resulting in being out of the district on those dates now lead the parties to jointly request that the loss amount hearing and the sentencing hearing be rescheduled. After comparing schedules and reviewing the Court's schedule for available dates, the parties now jointly recommend

1  that (1) the loss amount hearing be rescheduled for September 3, 2014 at 10:00 AM;

2  and (2) defendant Shields and Sims' sentencing be rescheduled for October 27th.

3       In light of the above, the parties agree, and the Court finds and holds, as follows:

4    1. Defendant Shields and Sims' August 5, 2014 loss amount hearing date is vacated and

5      rescheduled before this Court for September 3, 2014.

6    2. Defendant Shields and Sims' September 22, 2014 sentencing date is vacated and rescheduled

7      before this Court on October 27, 2014.

8

9  DATED:   7/29/14                            _____/s/_____
                                                THOMAS NOLAN
10                                              Counsel for Defendant Shields

11 DATED:   7/29/14                            _____/s/_____
                                                FRANK UBHAUS
12                                              Counsel for Defendant Sims

13

14 DATED:   7/29/14                            _____/s/_____
                                                JOSEPH FAZIOLI
15                                              Assistant United States Attorney

16 IT IS SO ORDERED.

17 DATED:_____                    _____
                                                /s/ Ronald M. Whyte
18                                              RONALD M. WHYTE
                                                UNITED STATES DISTRICT JUDGE