| | |
|---|---|
| 1 | COLEMAN, BALOGH & SCOTT LLP |
| 2 | ETHAN A. BALOGH, No. 172224<br>235 Montgomery Street, Suite 1070<br>San Francisco, CA 94104 |
| 3 | Phone: 415.391.0440<br>Facsimile: 415.373.3901 |
| 4 | eab@colemanbalogh.com |
| 5 | Attorneys for Defendant/Appellant<br>MICHAEL SIMS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>v.<br><br>MICHAEL SIMS,<br><br>Defendant/Appellant. | Case No. 12 Cr. 410 RMW<br><br>USCA No. 14-10562<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR DISCLOSURE OF SEALED MATERIALS TO APPELLATE COUNSEL<br><br>Before the Hon. Ronald M. Whyte<br>United States District Judge |

1    Based upon the foregoing *Ex Parte* Application for Disclosure of Sealed Materials to
2 Appellate Counsel, and for good cause shown, IT IS HEREBY ORDERED that the Court grants
3 the *Ex Parte* Application, and the documents filed at ECF Nos. 435 and 436 shall be unsealed for
4 the limited purpose of providing them to Defendant/Appellant Michael Sims's counsel of
5 record—*viz.*, Ethan A. Balogh, as well as any licensed attorneys employed by counsel in
6 connection with the prosecution of the above-captioned direct appeal—and be provided to
7 counsel by the Clerk of the Court.

8    IT IS FURTHER ORDERED that the foregoing materials shall be unsealed only for the
9 limited purpose of providing them to Appellant's counsel, to be reviewed on an Attorneys' Eyes
10 Only ("AEO") basis, and solely for counsel's use in preparing the above-captioned appeal, and
11 that these materials shall remain sealed for all other purposes, including from the public, and that
12 any submission of these materials to the Court of Appeals must be made under seal.

13   IT IS SO ORDERED.

14
DATED: ï ÐÐí

15                                    _____
                                      *Ronald M. Whyte*
16                                    THE HONORABLE RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE