FILED
Apr 06 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
0971 5:12CR00410-001 BLF

DOCKET NUMBER *(Rec. Court)*

| NAME AND CITY, STATE OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Melvin Russell Shields<br><br>Granite Falls, North Carolina | ND/CA | San Jose |

NAME OF SENTENCING JUDGE: The Honorable Ronald M. Whyte

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/24/2020 | TO 09/23/2025 |
|---|---|---|

**OFFENSE**

18 U.S.C. §1349 Conspiracy to Commit Wire, Mail, and Bank Fraud-Count 1
18 U.S.C. §§1343 and 2 Wire Fraud, Aiding and Abetting-Counts 2,-4, 6-11, 13-17, 22-28
18 U.S.C. §§1014 and 2 Make False Statement to a Bank, Aiding and Abetting-Counts 29-35
15 U.S.C. §§78j(b) & 78ff, 17 C.F.R. §§ 240.10b-5, 2 Securities Fraud, Aiding and Abetting-Counts 36-37,40

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Western District of North Carolina_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 11, 2021
*Date*

*/s/ Beth Labson Freeman*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Western District of North Carolina

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/25/21
*Effective Date*

*United States District Judge*